IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON TATUM**                                                          **PLAINTIFF**

v.                              **CASE NO. 4:25-CV-00225-BSM**

**JORDAN ABLES,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE